Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

March 11, 2004
BRUCE RIFKIN, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN ANDREW HAMBURG, <br><br> Defendant. | No. **CR04 5134 RBL** <br><br> INDICTMENT <br><br> (Filed under seal) <br><br> 04-CR-05134-INDI |

THE GRAND JURY CHARGES:

## COUNT I

### (Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct)

Beginning at a time unknown, and continuing until on or about February 3, 2004, within the Western District of Washington, and elsewhere, RYAN ANDREW HAMBURG did knowingly possess a computer hard drive, compact disks, floppy disks, and other electronic data containing visual depictions that had been shipped and transported in interstate or foreign commerce, that is, visual depictions the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

INDICTMENT/Hamburg - 1

## ALLEGATION OF FORFEITURE

Pursuant to Title 18, United States Code, Section 2253(a), Defendant shall forfeit immediately to the United States all of his right, title, and interest in any and all property, real or personal, that was used, or was intended to be used, to commit or to promote commission of the charged offense, and any visual depiction as described in Title 18, United States Code, Section 2252, which was produced, transported, mailed, shipped, or received in violation of Chapter 110, United States Code, including, but not limited to, the following assets:

  a. One (1) COMPAQ Armada Computer, Serial No. 116339;
  b. Any and all disks containing visual images of minor children engaged in sexually explicit conduct.

A TRUE BILL

DATED: 3/11/04

*JTMac*
FOREPERSON

JOHN McKAY
United States Attorney

SUSAN HARRISON
Assistant United States Attorney
WA Bar # 91005
E-mail: Sue.Harrison@usdoj.gov

REAGAN DUNN
Assistant United States Attorney
WA Bar # 28753
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3909
Telephone: (206) 553-0347
Fax: (206) 553-0755
E-mail: reagan.dunn@usdoj.gov

INDICTMENT/Hamburg - 2