| DEFENDANT STATUS SHEET | I. CASE STATUS |
|---|---|
| (One for each defendant) | |
| NAME OF DEFENDANT Hainburg, Ryan | USAO# 04 R00219 |

__/ MAGISTRATE'S NO. _____  __/ DOCKET NO. (If Superseding Indictment) CR _____

***

## II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   __/ yes   ✓/ no

IF YES:
- __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
- __/ A DETENTION ORDER HAS BEEN ENTERED.
- *** __/ TEMPORARY DETENTION   *IF A PERMANENT DETENTION ORDER IS FILED – IT IS CRITICAL THAT YOU LET THE GJ CLERK KNOW ASAP TO ENSURE THAT THE CORRECT ORDERS ARE FILED WITH THE COURT*
- *** __/ PERMANENT DETENTION
- __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
- __/ SERVING A FEDERAL SENTENCE AT _____
- __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
- __/ PENDING STATE CHARGES AT _____

***

## III. ARRAIGNMENT

✓/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date)

DEFENDANT'S ADDRESS: _____

__/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____   04-CR-05134-STMT

DEFENSE ATTORNEY'S NAME: _____
DEFENSE ATTORNEY'S ADDRESS: _____

__/ TO BE ARRAIGNED AT DETENTION / PRELIM / INITIAL APPEARANCE HEARING?   ___ YES   ___ NO

***

## IV. CONDITIONS OF RELEASE

✓/ NOT PREVIOUSLY SET, SHOULD BE: Bond w/ Conditions
   [e.g., P.R.; BAIL (listing conditions); DETENTION]

__/ PREVIOUSLY SET, SHOULD BE:
- __/ CONTINUE CONDITIONS OF RELEASE
- __/ CONTINUE TEMPORARY DETENTION   *IF A PERMANENT DETENTION ORDER IS FILED – IT IS CRITICAL THAT YOU LET THE GJ CLERK KNOW ASAP TO ENSURE THAT THE CORRECT ORDERS ARE FILED WITH THE COURT*
- __/ CONTINUE DETENTION
- __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   __/ Yes   ✓/ No

***

THE ESTIMATED TRIAL TIME IS  2  TRIAL DAYS.   3-8-04   _____
                                              (Date Form filled out)

(Revised AUGUST 2003)