04-CR-05134-DECL

Judge Leighton

FILED _____ LODGED
_____ RECEIVED

MAY 17 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RYAN ANDREW HAMBURG,<br><br>   Defendant. | CR04-5134RBL<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge as to Count II of the Information. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned

RULE 11 PLEA/

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  United States District Judge will then decide whether to accept or reject my plea of guilty and
2  any plea agreement I may have with the United States and will adjudicate guilt and impose
3  sentence.

4  DATED this 17th day of May, 2004.

*Ryan A Hamburg*
RYAN ANDREW HAMBURG
Defendant

*Jerome Kuh*
JEROME KUH
Attorney for Defendant

APPROVED:

*Reagan Dunn*
REAGAN DUNN
Assistant United States Attorney

RULE 11 PLEA/

UNITED STATES ATTORNEY
601 Union Street
Suite 5100
Seattle, Washington 98101
(206) 553-7970