FILED ___ LODGED
___ RECEIVED

MAY 17 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Judge Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RYAN ANDREW HAMBURG, <br> Defendant. | CR04-5134RBL <br><br> ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the defendant to the Information, and the defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE



RULE 11 PLEA/
04-CR-05134-PRO

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970