JUDGE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-51345RBL |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S LETTERS RE: SENTENCING |
| RYAN ANDREW HAMBURG, | ) | |
| Defendant. | ) | |

Defendant, Ryan Hamburg, through his counsel, Assistant Federal Public Defender Jerome Kuh, hereby submits the attached letters for the Court's consideration at the sentencing hearing in this matter.

DATED this 10th day of March, 2004.

Respectfully submitted,

/s/ Jerome Kuh
Jerome Kuh
Attorney for Defendant

DEFENDANT'S LETTER RE:
SENTENCING HEARING
(HAMBURG) - 1

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on the _10th_ day of March, 2005, I caused to be delivered by

3    electronic filing a copy of Defendant's Letters Re: Sentencing Hearing to:

4    Mr. Reagan Dunn
     Assistant United States Attorney
5    700 Stewart St., Suite 5220
     Seattle, WA 98101-1271

6

7    Ms. Becky Miller
     United States Probation Office
8    1717 Pacific Ave., Room 1310
     Tacoma, WA 98402
9    *Sent via facsimile*

10
     DATED this _10th_ day of March, 2005.
11

12

13   Amy Strickling

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S LETTER RE:                              **FEDERAL PUBLIC DEFENDER**
SENTENCING HEARING                                          1331 Broadway , Suite 400
*(HAMBURG)* - 2                                            Tacoma, Washington  98402
                                                                       (253) 593-6710

February 16, 2005

Jerome Kuh
1331 Broadway Suite 400
Tacoma, Washington   98402

Please pass this to Ryan's Judge.

I am writing on behalf of my nephew, Ryan Andrew Hamburg. It took awhile before his
Oregon relatives on his Dad's side of the family found out about his crime. He is deeply
embarrassed about what he did, as well as the consequences he has dealt with, starting with
the arrest. I get the impression this ordeal has been stunning and he wants to do what has to
be done to pay his debt and then move forward with life and work. It has been a very long year.

Ryan was a great child who was happy sitting alone with legos or playing competetive soccer.
He did well with change; from moving around alot, to spur of the moment change of plans. Four
years ago, when Ryan was just shy of turning 17, and my son was six, the three of us drove
to Disneyland for what was all our first times there. It was a great, 17-day trip and I enjoyed
spending time with Ryan before busy, young adulthood took over his life. He was a good sport
about riding the kiddie rides with his cousin (so I wouldn't have to) and otherwise helping with
whatever needed to be done.

Does it help to know about who is writing this? I have a B. A. in History from Portland State
University. I have worked for the City of Portland as a 911 calltaker and dispatcher for police,
fire and EMS for 17 years. I have been buying my home for 14 years. I am a single parent of
a ten-year-old boy who is in scouts, as well as fencing and hiphop dance classes.

Sincerely,

Anne K. Hamburg
3231 S. E. 109th Avenue
Portland, Oregon   97266

To:   Jerome Kuh
      1331 Broadway
      Suite 400
      Tacoma, WA 98402

From: John and Katherine Hamburg
      7835 SW West Slope Dr.
      Portland, OR 97225
      503-292-5117

Subject:   #34054-086 Ryan Hamburg Letter for Judge to Read

     We are Ryan's grandparents and would like to tell you
a few things about him and his background.  We have always
been very proud of him, he is respectful, kind, intelligent
and has been a loving member of our family.

     Our times together have included many visits to our
home, holiday celebrations and trips to the beach.  He has
enriched our lives over the years in ways too numerous to
say.

     We have been greatly saddened by the situation that he
now finds himself in and believe that he will learn hard
lessons from the experience.  To our knowledge or
observation, he has had nothing even remotely resembling
this problem in the past.  We would have no hesitation
having him around young children.  In our minds his error
in judgement results from being naïve and overly curious.
The internet poses challenges unimagined in earlier times.

     Hopefully he will be given another chance to show his
good qualities and build a better future.  He has many
friends and family who care very much about him.  We all
love and miss him.


                         Sincerely,

                         Katherine L. Hamburg

                         John W. Hamburg